■ In the Matter of JOHN NEGRON, Appellant, v. NARCOTIC ADDICTION CONTROL COMMISSION, Respondent.—

704

Concur — Stevens, P. J., Eager, Nunez, McNally and Tilzer, JJ.